UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| THOMAS D. DAVENPORT, JR., et al. | CIVIL ACTION NO. 07-0691-A |
| -vs- | JUDGE DRELL |
| BELLSOUTH CORP., et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion to Remand (Doc. No. 12) is DENIED.

SIGNED on this 4th day of September, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge