

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOMAS D. DAVENPORT, JR., ET AL | CIVIL ACTION NO. 07-0691 |
| versus | JUDGE DRELL |
| BELLSOUTH CORP., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Doc. 24)** is **granted** and that all claims by Thomas D. Davenport, Jr. are **dismissed**. Thomas D Davenport Jr, APLC remains a plaintiff in the case.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the ___15___ day of ___October___, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE